Dismissed and Memorandum Opinion filed February 16, 2006









Dismissed and Memorandum Opinion filed February 16,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01014-CV

____________

 

MONARCH DEVELOPMENT OF TEXAS, INC., Appellant

 

V.

 

EFRAIN CISNEROS D/B/A WOOD FRAMING
COMPANY, Appellee

 



 

On Appeal from the
240th District Court

 Fort Bend County, Texas

Trial Court Cause
No.
99-CV-111095A

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 22, 2004.

On February 6, 2006, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 16, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.